UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                   Case No. 13-31917-DHW
                                                        Chapter 13
SHANDA SHELBY,

    Debtor.

**ORDER CONDITIONALLY DENYING MOTION FOR RELIEF FROM STAY**

Alabama Housing Finance Authority, a creditor in the above-styled case, filed a motion (Doc. #31) for relief from the automatic stay imposed by 11 U.S.C. § 362(a) to enforce a lien on a realty located at 2663 Ashlawn Dr., Montgomery, Alabama 36111. The motion came on for hearing on July 7, 2014. In accordance with the ruling from the bench in open court, it is

ORDERED that the motion is CONDITIONALLY DENIED. Stay will lift, however, without further action by the court, if the debtor does not make direct mortgage payments within the month they come due, beginning with the August 2014 installment. It is

FURTHER ORDERED that the debtor's plan payments are hereby increased to $175.00 bi-weekly so that the creditor shall receive the increased payment amount from the trustee to cure the post-petition arrearage.

Done this 7th day of July, 2014.

                                                /s/ Dwight H. Williams, Jr.
                                                United States Bankruptcy Judge

c:   Debtor
     Richard D. Shinbaum, Attorney for Debtor
     Bowdy J. Brown, Attorney for Creditor
     Alabama Housing Finance Authority, Creditor
     Curtis C. Reding, Trustee